# ATTACHMENT 1

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF __WISCONSIN__

(Full name of plaintiff(s))

KAREN P. —Patricia— DREWRY

vs

(Full name of defendant(s))

ROBERT WILKIE

Case Number:
**20 CV 217 WMC**

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __WISCONSIN__ and resides at
   (State)

   __3423 MISSION LANE; PLOVER, WI 54467__
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant ROBER WILKIE
(Name)

is (if a person or private corporation) a citizen of DISTRICT OF COLUMBIA
(State, if known)

and (if a person) resides at 131 M ST. NE; SUITE 5SW 126; WASHINGTON, DC 20507
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for DEPT OF VETERANS AFFAIRS
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

THE PLAINTIFF, KARE P. DREWRY, WORKED AS A VOCATIONAL RE-HABUTATION SPECIALIST FOR THE COATESVILLE VA MEDICAL CENTER FROM FEBRUARY 2011 TO JANUARY 2013. HER RIGHTS WERE VIOLATED WHEN SHE WAS DENIED REASONABLE ACCOMMODATIONS FOR HER DIAGNOSIS OF POST TRAUMATIC STRESS DISORDER (PTSD) AN MAJOR DISPRESSIVE DISORDER (MDD) RELATED TO GULF WAR SERVICES; ADDITIONALLY, SHE WAS WRONGFULLY TERMINATED ON JAN 23, 2013.

CONSEQUENTLY, DREWRY FILED AN EEO COMPLAINT IN 2013.

Attachment One (Complaint) – 2

ALTHOUGH, THE OFFICE OF FEDERAL OPERATIONS (OFO) RENDERED A DECISION ON APRIL 4, 2018, DREWRY DECIDED TO FILE AN APPEAL ON JUN 2, 2018. THE APPEAL WAS DISMISSED BY THE OFO ON DEC 11, 2020.

AS A RESULT OF THE DISCRIMINATION, DREWRY HAS SUFFERED THE FOLLOWING:

- INABILITY TO OBTAIN GAINFUL EMPLOYMENT (IN SPITE OF THE FACT THAT SHE POSSESS A BS DEGREE IN COMPUTER SCIENCE/MATH
- HOMELESSNESS
- HOSPITALIZATION
- BROKEN/SEVERED RELATIONSHIPS WITH FAMILY AND FRIENDS
- LOST WAGES

ABOVE ALL, DREWRY HAS SUFFERED HUMILIATION AND A DISSERVICE BY THE SAME GOV'T THAT SHE DID NOT HESITATE TO PUT HER LIFE ON THE LINE FOR, AFTER VOLUNTEERING TO SERVE IN THE GULF WAR; ATTEMPTING TO PROTECT THE LIBERTIES AND FREEDOMS SO THIS TYPE OF INJUSTICE IS NOT TOLERATED.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

- APPEAL SHOULD BE ACCEPTED LATE BASED ON EQUITABLE TOLLING
- INCREASE IN MONETARY DAMAGES TO BE DETERMINED BY THE COURT; JUDGES DECISION ITSELF SHOULD BE CONSIDERED FOR TYPES OF DAMAGES
- GIVEN HOW HORRENDOUS THE DISCRIMINATION WAS, IT IS NOT UNUSUAL THAT I WOULDN'T HAVE BEEN REEMPLOYED IMMEDIATELY
- BACKPAY AND FORWARD PAY
- EMPLOYEE RECORD CLEARED OF ALL NEGATIVE DISCIPLINARY ACTIONS
- THE INDIVIDUAL RESPONSIBLE FOR THIS INJUSTICE, SHOULD NOT BE ALLOWED TO WORK IN SAME POSITION. IT POSES A THREAT FOR FUTURE VETERAN EMPLOYEES AND THOSE REQUIRING THE SERVICES HER OFFICE PROVIDES
- THERE SHOULD BE RETRAINING, DISCIPLINARY ACTION AND POSSIBLE REMOVAL

Attachment One (Complaint) – 4

E.    **JURY DEMAND**

☐   Jury Demand – I want a jury to hear my case
            OR
☒   Court Trial – I want a judge to hear my case

Dated this __10th__ day of __MARCH__ 20_20_.

            Respectfully Submitted,

*Karen P. Drewry*
Signature of Plaintiff

(757) 541-4147
Plaintiff's Telephone Number

Kardre44@hotmail.com
Plaintiff's Email Address

3423 Mission Ln
Plover, WI 54467
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.